## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Madison Doll, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CE Myrtle Beach, LLC d/b/a Walk-On's Bistreaux & Bar, Doug Hornsby, individually, Keith Burkett, individually, PJ Boe, individually, Todd Hutchinson, individually, Samantha Fisk, individually, Jason Sadowski, individually, and Amy Sadowski, individually,<br><br>        Defendants. | Civil Action No. _____<br><br><br>**NOTICE OF REMOVAL** |

**TO:  THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, FLORENCE DIVISION; THE CIRCUIT COURT FOR HORRY COUNTY, SOUTH CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD:**

1. Please take notice that Defendant CE Myrtle Beach, LLC, d/b/a Walk-On's Bistreaux & Bar ("CE Myrtle Beach" or "Defendant"), by and through the undersigned counsel, and with the consent of Defendant Samantha Fisk, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the above-entitled action from the Court of Common Pleas for Horry County, State of South Carolina, to the United States District Court for the District of South Carolina, Florence Division.

2. This action was instituted by Plaintiffs by filing a Summons and Complaint alleging a single cause of action for violation of the South Carolina Payment of Wages Act, S.C. Code § 41-10-10 *et seq.* ("SCPWA"). Plaintiffs thereafter filed an Amended Summons and Complaint. On November 9, Plaintiffs filed and served a Second Amended Summons and Complaint upon counsel

for Defendants CE Myrtle Beach and Fisk. The Second Amended Complaint alleges a new cause of action for violation of the Fair Labor Standards Act. 29 U.S.C. § 201 *et seq.* ("FLSA"), thereby giving rise to a federal question. This action is pending in the Court of Common Pleas for Horry County, State of South Carolina, under Case Number 2022-CP-26-04537.

3. This Notice of Removal is filed within thirty (30) days after receipt of the Second Amended Complaint through service on Defendant CE Myrtle Beach pursuant to 28 U.S.C. § 1446(b)(1).

4. Plaintiff's Second Amended Complaint purports to state a putative class action claim against Defendant, "on behalf of themselves and all others similarly situation," for alleged violation of the FLSA and unpaid wages under the SCPWA.

5. Defendant is entitled to removal of the aforesaid civil action to this Court on the grounds of federal question jurisdiction that Plaintiffs' claim arises under federal law—specifically, the FLSA.

6. Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

7. Plaintiffs' Second Amended Complaint seeks unpaid compensation for alleged non-tip producing duties in excess of that allowed by law. Despite their attempt to seek remedies under the SCPWA, Plaintiffs' claim is primarily one under the FLSA, because its resolution necessarily depends on a substantial question of federal law governed exclusively by FLSA regulations: whether Plaintiffs' allegedly unpaid pre-shift and post-shift activities constitute compensable "hours worked," or non-compensable "preliminary and postliminary activities."

8. Pursuant to 28 U.S.C. § 1441(c), Plaintiff's alleged claims asserted under South Carolina statutory law, namely the SCPWA, may be removed with the entire case, and the Court may determine all issues therein. This Court has supplemental jurisdiction over such claims

pursuant to 28 U.S.C. § 1367(a), as they form part of the same case or controversy alleged in Plaintiffs' Second Amended Complaint.

9. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs have pled claims upon which relief can be granted.

10. Defendant Samantha Fisk consents to the removal of this action.[1]

11. Pursuant to 28 U.S.C. § 1446(a), the documents attached hereto as Exhibit A constitute a copy of all process, pleadings, and orders served upon Defendants CE Myrtle Beach and Fisk in this action.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant CE Myrtle Beach is serving a copy of this Notice of Removal upon Plaintiffs' counsel and will promptly file a copy of this Notice of Removal with the Clerk of Court of the Horry County Court of Common Pleas.

13. Pursuant to Fed. R. Civ. P. 81(c), Defendant CE Myrtle Beach will file a responsive pleading to Plaintiffs' Second Amended Complaint within seven (7) days after this Notice of Removal is filed. By filing this Notice of Removal with this Court, Defendant expressly preserves and does not waive any available defenses to the claims and allegations set forth in Plaintiffs' Second Amended Complaint, including, without limitation, all defenses available to Defendant pursuant to Fed. R. Civ. P. 12.

14. In the event any dispute or question arises as to the propriety of removal of this action, Defendant reserves the right to amend or supplement this Notice of Removal to cure any alleged technical defects identified herein, including, without limitation, submission of briefs, declarations, or other evidence in support of the propriety of removal.

---

[1] Upon information and belief, Defendant Fisk is the only Defendant other than Defendant CE Myrtle Beach to have been served in this case.

15.   Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is submitted by the undersigned counsel for Defendant CE Myrtle Beach pursuant to Fed. R. Civ. P. 11.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant CE Myrtle Beach, with the consent of Defendant Fisk, hereby removes this matter from the Court of Common Pleas for Horry County, South Carolina, into this Court for trial and determination.

s/ Cherie W. Blackburn
Cherie W. Blackburn    (S.C. Bar No. 10812)
Christina L. Rogers    (S.C. Bar No. 101848)
Mary Stuart King       (S.C. Bar No. 104813)
Nexsen Pruet, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
Phone:  843.577.9440
cblackburn@nexsenpruet.com
crogers@nexsenpruet.com
mking@nexsenpruet.com

ATTORNEYS FOR DEFENDANT CE MYRTLE BEACH, LLC d/b/a WALK-ON'S BISTREAUX & BAR AND SAMANTHA FISK

November 28, 2022
Charleston, South Carolina

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL has been served upon the following counsel of record by email and by placing the same in the United States mail, first class postage prepaid, addressed to the following as shown below this 28th day of November, 2022.

William J. Luse, Esquire
Law Office of William J. Luse, Inc.
917 Broadway Street
Myrtle Beach, SC  29577
bill@getlusenow.com

ATTORNEY FOR PLAINTIFFS

                                              s/Cherie W. Blackburn
                                              NEXSEN PRUET, LLC
                                              205 King Street, Suite 400 (29401)
                                              P.O. Box 486
                                              Charleston, South Carolina 29402
                                              Telephone:  843.577.9440