## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Madison Doll, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CE Myrtle Beach, LLC d/b/a Walk-On's Bistreaux & Bar, Doug Hornsby, individually, Keith Burkett, individually, PJ Boe, individually, Todd Hutchinson, individually, Samantha Fisk, individually, and Jason Sadowski, individually,<br><br>                    Defendants. | Case No. 4:22-cv-04289-RBH<br><br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

Plaintiff Madison Doll, on behalf of herself and all others similarly situated, and Defendants CE Myrtle Beach, LLC d/b/a Walk-On's Bistreaux & Bar, Jason Sadowski and Samantha Fisk ("Moving Defendants")[1] submit this Joint Motion, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for approval of a settlement agreement whereby a) all claims in this lawsuit will be dismissed as to all named Defendants and b) all claims by Plaintiff Madison Doll will be dismissed *with prejudice*.

This action was filed by Plaintiff in the Court of Common Pleas and removed by Moving Defendants to this Court on November 28, 2022. In her Second Amended Complaint, Plaintiff alleges two causes of action: a) failure to pay wages in violation of the South Carolina Payment of

---

[1] The remaining Defendants, Doug Hornsby, Keith Burkett, PJ Boe, and Todd Hutchinson did not respond to the Complaint or make an appearance in this case and the Clerk entered default as to each of these Defendants on April 11, 2023.

Wages Act, S.C. Code § 41-1-10. et seq. ("SCPWA") and b) violation of the Fair Labor Standards Act, 29 U.S.C § 203(M), 206 ("FLSA"). Moving Defendants each filed Answers to the Complaint.

On July 6, 2023, the Court entered an Amended Consent Scheduling Order setting forth Court ordered deadlines in the case, including the deadline of October 1, 2023 for the Plaintiff to file a motion to certify a class pursuant to Rule 23(a) of the South Carolina Rules of Civil Procedure and to conditionally certify a collective action pursuant to the FLSA. Plaintiff has not filed a motion to certify a class or to conditionally certify a collective action, and there has been no certification of a class or conditional certification of a collective action in this case.

The settlement reached by the parties requires the dismissal of all claims in this lawsuit and all defendants named in the lawsuit. However, the settlement is only with Plaintiff Madison Doll individually, not any potential class, and the dismissal *with prejudice* is only as to the claims of Plaintiff Madison Doll individually. Based upon the above, the parties request the Court's approval of the settlement agreement between the parties.

**WE SO MOVE:**

s/ Cherie W. Blackburn
Cherie W. Blackburn   (Fed. ID No. 1575)
Mary Stuart King      (Fed. ID No. 13445)
MAYNARD NEXSEN PC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, South Carolina  29402
Phone:  843.577.9440
Facsimile:  843.720.1777
E-mail:  cblackburn@maynardnexsen.com
E-mail:  mking@maynardnexsen.com

ATTORNEYS FOR DEFENDANTS CE
MYRTLE BEACH d/b/a WALK-ON'S
BISTREAUX & BAR, JASON SADOWSKI
AND SAMANTHA FISK

s/William J. Luse
William J. Luse   (Fed. ID No. 9736)
Law Office of William J. Luse, Inc.
917 Broadway Street
Myrtle Beach, SC 29577
Phone:  843.839.4795
Facsimile:  843.839.4815
E-mail:  bill@getlusenow.com

ATTORNEY FOR PLAINTIFFS

October 4, 2023
Charleston, SC